JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| NAILYA ARIEFGYZY FATALIYEVA, | ) ) ) | Case No. 5:26-cv-00506-DTB |
| Petitioner, | ) ) | **J U D G M E N T** |
| v. | ) ) | |
| ERNEST SANTACRUZ, et al., | ) ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed herewith,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Respondents are ordered to immediately release Petitioner, subject to the conditions of her prior Order of Supervision, and to return all property confiscated from her during her arrest and processing into detention. Respondents are ordered not to redetain Petitioner unless they have obtained travel documents for her removal and provided her with adequate notice, an interview and an opportunity to be heard. Respondents are further ordered to file a status report within seven (7) days of the date of this Order confirming that Petitioner has been released from custody.

DATED: April 28, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1